**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 21-mj-73 (RMM)** |
| **EMILY HERNANDEZ,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Special Assistant United States Attorney Jessica Arco.  This is notice of her appearance of behalf of the United States.

    Respectfully submitted,

    MICHAEL R. SHERWIN
    Acting United States Attorney
    NY Bar No. 4444188

By:        /s/ *Jessica Arco*
    Jessica Arco
    Special Assistant United States Attorney
    DC Bar No. 1035204
    555 4th Street NW
    Washington, DC 20530
    (202) 252-5198
    jessica.arco2@usdoj.gov