AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Emily Hernandez

*Defendant*

Case: 1:21-mj-00073
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/15/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Emily Hernandez ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752 (a)(2) - Disorderly Conduct when such Conduct Impedes the Orderly Conduct of Government Business

40 U.S.C. 5104(e)(2)(D) - Disruptive Conduct, Loud, Threatening, or Abusive Language in the Capitol Buildings
40 U.S.C. 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in the Capitol Buildings

40 U.S.C. 641, Steal, purloin, without authority, sell, convey or dispose of any thing of value of the United States

Date: 01/15/2021

Robin M. Meriweather
2021.01.15 16:18:46 -05'00'
*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 01/18/2021 , and the person was arrested on *(date)* 01/19/2021
at *(city and state)* St. Louis, MO .

Date: 01/19/2021

*Arresting officer's signature*

St Douglas J. Hartman
*Printed name and title*

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>EMILY HERNANDEZ<br>_Defendant_ | ) Case No. 4:21-MJ-6027 PLC<br>)<br>) Charging District's Case No. 1:21MJ0073 (District<br>) of Columbia)<br>) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[X] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1/19/2021

X _Emily Hernandez_
_Defendant's signature_

#52665MO   1/19/2021
_Signature of defendant's attorney_

Ethan B. Corlija
_Printed name of defendant's attorney_

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## Eastern District of Missouri (St. Louis)
## CRIMINAL DOCKET FOR CASE #: 4:21-mj-06027-PLC All Defendants

Case title: USA v. Hernandez
Other court case number: 1:21-mj-00073 USDC District of Columbia

Date Filed: 01/19/2021
Date Terminated: 01/19/2021

Assigned to: Magistrate Judge Patricia L. Cohen

**Defendant (1)**

**Emily Hernandez**
*TERMINATED: 01/19/2021*

represented by **Ethan B. Corlija**
5205 Hampton Avenue
St. Louis, MO 63109
314-832-9600
Fax: 314-353-0181
Email: ecorlija@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**
None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| RULE 5c3 OUT | |

**Plaintiff**

Query    Reports    Utilities    Help    What's New    Log Out

St. Louis
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314-539-2200
Fax: 314-539-7695
Email: usamoe.crimdock@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Gov*

[Email All Attorneys (will not send to terminated parties)]

[Email All Attorneys and Additional Recipients (will not send to terminated parties)]

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2021 | | RULE 5 COMPLAINT - OUT signed by Judge Magistrate Judge Patricia L. CohenACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. as to Emily Hernandez (1). (DJO) (Entered: 01/20/2021) |
| 01/19/2021 | | Arrest of defendant Emily Hernandez date of arrest: 1/19/2021 on charging papers from District of Columbia (CLO) (Entered: 01/20/2021) |
| 01/19/2021 | 1 | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before Magistrate Judge Patricia L. Cohen: Initial Appearance re: Rule 5c3 - MJ arrest case only as to Emily Hernandez held on 1/19/2021. Under Section 15002(b)(2)(A) of the CARES act, in response to the COVID-19 crisis this Court authorizes the use of video and telephone conferencing for criminal hearings. The defendant has been advised and consents on the record to proceed by Zoom. Counsel for the government and for the defendant also participate by Zoom. Defendant advised of rights and indicated an understanding of those rights. Defendant given copy of: Complaint. Defendant to retain: Ethan Corlija., Bond Execution Hearing as to Emily Hernandez held on 1/19/2021. Bond set in the amount of: O/R. Bond papers executed., Rule 5c3 Removal Hearing as to Emily Hernandez held on 1/19/2021. Defendant does not contest identity and waives identity hearing. The Government makes an oral motion as to the excludable time under the speedy trial act as to the time between this hearing and the future appearance in the District of Columbia to which the defendant does not object. The Court GRANTS this oral motion as per the record. (Probation/Pretrial Officer: Molly Gain) (proceedings started: 3:48 PM) (proceedings ended: 4:08 PM)(Recorded on Zoom by: COlliges) (Defendant Location: BOND) (Appearance for Government: Matthew Drake)(Appearance for Defendant: Ethan Corlija) (CLO) (Entered: 01/20/2021) |
| 01/19/2021 | 2 | Rule 5 papers prepared by the judge as to Emily Hernandez. (CLO) (Entered: 01/20/2021) |
| 01/19/2021 | 3 | WAIVER of Rule 5(c)(3) Hearings by Emily Hernandez (CLO) (Entered: 01/20/2021) |
| 01/19/2021 | 4 | Appearance Bond Entered as to defendant Emily Hernandez in amount of $ O/R, Signed by Magistrate Judge Patricia L. Cohen on 1/19/2021. (CLO) (Entered: 01/20/2021) |
| 01/19/2021 | 5 | ORDER Setting Conditions of Release by Defendant Emily Hernandez. as to Emily |

| | | |
|---|---|---|
| 01/20/2021 | 6 | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Emily Hernandez. Your case number is: 1:21MJ00073. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to MOEDml_Team_JAR-SRC-PLC_moed.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (CLO) (Entered: 01/20/2021) |
| 01/20/2021 | 8 | ENTRY OF ATTORNEY APPEARANCE: by Ethan B. Corlija on behalf of Emily Hernandez (Corlija, Ethan) (Entered: 01/20/2021) |